UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 104CV11033PBS

Liduvina Bosselaar,
    Plaintiff

v.

The United States of America and
John Does 1-10,
    Defendants

### AFFIDAVIT OF PROOF OF SERVICE

The undersigned, as attorney for the plaintiff in the above-entitled case, certifies that service of process was made upon the defendant, The United States of America, that a Summons and the Complaint and Jury Claim were sent to the defendant by Certified Mail No.: 7004 0750 0002 6875 8029, return receipt requested, and that the receipt is attached hereto. Further, I do depose and say that I have complied with the applicable rules of court.

Respectfully submitted,
For the Plaintiff,
By his attorney,

_____
Dino M. Colucci
BBO#552331
COLUCCI, COLUCCI & MARCUS, P.C.
552 Adams Street
Milton, MA 02186
(617)698-6000

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael J. Sullivan
United States Attorneys Office
Attention: Civil Process Clerk
1 Courthouse Way
John Joseph Moakley Courthouse
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 0750 0002 6875 8029

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081