UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 104CV11033PBS

Liduvina Bosselaar,
    Plaintiff

v.

The United States of America and
John Does 1-10,
    Defendants

## AFFIDAVIT OF PROOF OF SERVICE

The undersigned, as attorney for the plaintiff in the above-entitled case, certifies that service of process was made upon the defendant, The United States of America, that a Summons and the Complaint and Jury Claim were sent to the defendant by Certified Mail No.: 7004 0750 0002 6875 8012, return receipt requested, and that the receipt is attached hereto. Further, I do depose and say that I have complied with the applicable rules of court.

Respectfully submitted,
For the Plaintiff,
By his attorney,

Dino M. Colucci
BBO#552331
COLUCCI, COLUCCI & MARCUS, P.C.
552 Adams Street
Milton, MA 02186
(617)698-6000

COLUCCI,
COLUCCI &
MARCUS, P.C.
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262