

**Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

---

Office of the Principal Legal Advisor

70 Kimball Avenue
South Burlington, Vermont 05403-6813

November 4, 2003

Michael T. Lennon, Esq.
Colucci, Colucci & Marcus
552 Adams St.
Milton, MA 02186

Re: <u>Administrative tort claims on behalf of Liduvina Bosselaar and Jan Bosselaar</u>

Dear Mr. Lennon:

    The Director, Administrative Center, Burlington (ACB) has considered the administrative tort claims you filed with respect to an incident on May 23-26, 2001. It is his finding that these claims must be denied. In view of the foregoing, this letter is furnished as notice that the claims have been considered and have been disallowed by the Director, ACB, the official who is responsible for such determinations.

    If you wish to file suit against the United States to recover any alleged damages or expenses incurred, pursuant to 28 USC § 2401(b) you must do so in the appropriate United States District Court no later than six months after the date of mailing of this notice of final denial of claims.

                               Sincerely,

                               Scott A. Whitted
                               Assistant Principal Legal Advisor

CERTIFIED MAIL
RETURN RECEIPT REQUESTED