**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael T. Lennon, Esq.
   Colucci, Colucci & Marcus
   552 Adams Street
   Milton, MA 02186

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Sheila Hollier_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sheila Hollier      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0004 9647 5989

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540