

# Track & Confirm

**Current Status**

You entered 7003 1680 0004 9647 5989

Your item was delivered on November 06, 2003 at 10:41am in MILTON, MA 02186. Additional information for this item is stored in files offline. A proof of delivery record may be available through your local Post Office for a fee.

**Restoration Options**

▶ Restore Offline Item    What is this?    

**Track & Confirm**
Enter label number:

Track & Confirm FAQs



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output    10/22/2004