UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIDUVINA BOSSELAAR,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>    Defendants, | Civil Action No. 04-11033 PBS |

### PLAINTIFF LIDUVINA BOSSELAAR'S MOTION FOR RECONSIDERATION

**NOW COMES THE PLAINTIFF** who hereby moves this honorable court to reconsider its ruling in favor of the Defendant's Motion to Dismiss, dated November 30, 2004. The reasons for the foregoing motion are set forth in the accompanying Affidavit. Further, it should be noted that neither party will suffer any undue burden or hardship in the event that the Plaintiff's motion is allowed by the Court.

//

//

//

//

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

Respectfully submitted,

COLUCCI, COLUCCI & MARCUS, P.C.

_____
Matthew P. Albanese
BBO# 653245
Dino Colucci
BBO # 552331
COLUCCI, COLUCCI & MARCUS, P.C.
552 Adams Street
Milton, MA 02186
(617) 698-6000

Dated: December 14, 2004

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262